UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
UNITED STATES OF AMERICA            :

        - v -                                                  :

**RICARDO MARMOLEJOS**,                  :
    a/k/a "Rudy Feliz,"
                                              :

              Defendant.
---------------------------------------------------------x

NOTICE OF MOTION

08 Cr. 613 (KMK)

SIRS:

      **PLEASE TAKE NOTICE** that upon the annexed affirmation of PAUL E. DAVISON, ESQ., and the accompanying Memorandum of Law, the undersigned will move this Court, on October 2, 2008, or as soon thereafter as counsel can be heard, for Orders, pursuant to Rules 12(b)(3)(C) and 12(b)(3)(E), Fed. R. Crim. P., suppressing identification testimony and compelling discovery, or, in the alternative, granting an evidentiary hearing on the motions, and granting such other or further relief as the Court deems just and appropriate.

Dated:  White Plains, New York
           August 4, 2008

                                         Yours, etc.

                                         LEONARD F. JOY, ESQ.
                                         Federal Defenders of New York Inc.

                  BY:   _____
                                         **PAUL E. DAVISON, ESQ.**
                                         Federal Defenders of New York Inc.
                                         Attorney for the Defendant
                                            **RICARDO MARMOLEJOS**
                                         300 Quarropas Street, Room 260
                                       White Plains, New York 10601
                                       Tel.: (914) 428-7126

PDF created with pdfFactory Pro trial version www.pdffactory.com