```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

RICARDO MARMOLEJOS,
    a/k/a "Rudy Feliz,"

                    Defendant.

08 CR 613 (KMK)

MOTION SCHEDULING ORDER

**KENNETH M. KARAS, U.S.D.J.**

    At a conference held before the Court on July 31, 2008, the Court adopted the following scheduling order with regard to Defendant's motions to suppress and compel:

    Defendant's motions shall be served upon the Government by no later than August 5, 2008.

    The Government's opposition papers are to be served upon opposing counsel by no later than September 5, 2008.

    Reply papers are to be served upon the Government by no later than September 19, 2008.

    Sur-reply papers shall not be accepted or filed without the prior permission of the Court.

    Oral argument will be held on October 2, 2008 at 10:00 A.M.

    Pursuant to 18 U.S.C. § 3161(h)(8)(A), time is excluded until August 5, 2008.

SO ORDERED.

DATED:    August 1, 2008
                 White Plains, New York

                                                  KENNETH M. KARAS
                                              UNITED STATES DISTRICT JUDGE